IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  :
UNITED STATES OF AMERICA                          :
                                                  : CASE NO.  5:05 CR 131
                               Plaintiff          :
                                                  :
          -vs-                                    :
                                                  :
PATRICK J. SEMARY                                 : ORDER ACCEPTING PLEA AGREEMENT
                                                  : AND JUDGMENT AND NOTICE OF
                               Defendant          : HEARING
------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing and plea agreement of Patrick J. Semary which was referred to the Magistrate Judge with the consent of the parties.

On 16 March 2005, the government filed a one-count indictment against Patrick J. Semary for conspiracy to possess with the intent to distribute and distribution of a controlled substance in violation of 21 U.S.C. § 846. On 14 April 2005, a hearing was held in which Patrick J. Semary entered a plea of not guilty before Magistrate Judge William H. Baughman, Jr. On 22 September 2006, Magistrate Judge Baughman received Patrick J. Semary's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Patrick J. Semary is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Patrick J. Semary is adjudged guilty of Count One in violation of 21 U.S.C. § 846.

Sentencing will be:

18 **December 2006 at 3:00 p.m.**

**Courtroom 19-A**
**19th Floor United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 2 November 2006